

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

November 25, 2019

United States Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

      **Re:**   *Deleston v. Bluegreen Vacations Unlimited, Inc.*
              **Case No.: 1:19-cv-7276-PAE-OTW**

Dear Magistrate Judge Wang:

    Please be advised that this office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. As previously reported, the above-referenced action has been settled. Respectfully, we are jointly requesting with counsel for the defendants a final extension of time to file an application to reopen this case for fourteen (14) days so that the settlement amount can be received.

    We thank this Honorable Court for its time and consideration in this matter.

                                                             Respectfully submitted,

                                                            BASHIAN & PAPANTONIOU, P.C.

                                                            */s/ Erik M. Bashian*

                                                            _____
                                                           Erik M. Bashian, Esq.

cc:    Nathan V. Okelberry, Esq. *(via email only)*

This case has already been reopened, pursuant to Dkt. 14. The parties are to file a stipulation of dismissal, or a letter update if an agreement has not been reached, by December 9, 2019. The Court respectfully directs the Clerk of Court to terminate the motions pending at dockets 11 and 15.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

November 26, 2019